UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. BRACKEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | No.  2:15-cv-0408-WBS-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He requests an evidentiary hearing.  The court has not yet reviewed petitioner's claims in detail.  Following a detailed review of the pleadings and records submitted in this action, the court *sua sponte* will order an evidentiary hearing if it appears necessary.  The court therefore denies petitioner's requests for an evidentiary hearing (ECF Nos. 14, 23) without prejudice.

　　　　So ordered.

DATED: September 21, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE