IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. BRACKEN,<br><br>                    Petitioner,<br><br>          vs.<br><br>NEIL MCDOWELL, Warden, Ironwood State Prison,<br><br>                    Respondent. | No. 2:15-cv-00408-JKS<br><br>ORDER<br>[Re: Motions at Docket Nos. 53, 54] |

   This Court denied William A. Bracken, a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on August 26, 2016.  Docket Nos. 49, 50.  Bracken timely filed a notice of appeal with this Court dated September 6, 2016.  Docket No. 52.

   At Docket No. 53, Bracken filed a request for a certificate of appealability.  Because this Court has already denied Bracken a certificate of appealability, it appears that Bracken inadvertently filed his motion with this Court rather than the Court of Appeals.  Bracken also moves for leave to appeal *in forma pauperis*.  Docket No. 54.  As this Court has already granted Bracken leave to proceed *in forma pauperis*, Docket No. 12, it is unnecessary for him to obtain further authorization from this Court, *see* FED. R. APP. P. 24(a)(3).

   **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Bracken's Motion for a Certificate of Appealability at Docket No. 53 to the Ninth Circuit Court of Appeals.

**IT IS FURTHER ORDERED THAT** Bracken's motion for leave to appeal *in forma pauperis* at Docket No. 54 is **DENIED AS MOOT**.

Dated: September 20, 2016.

/s/James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
Senior United States District Judge
